UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THOMAS GRANINO,

        Plaintiff,

                                  Case No. 0:10-cv-61300-CMA

v.

AMERICAN CORADIUS
INTERNATIONAL, LLC,

        Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, American Coradius International, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED this 20th day of August 2010.

                                        Respectfully submitted,

                                        <u>s/ Kenneth C. Grace, Esq.</u>
                                        Kenneth C. Grace, Esq.
                                        Florida Bar No.: 0658464
                                        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                        3350 Buschwood Park Drive, Suite 195
                                        Tampa, Florida  33618-4317
                                        Telephone No.: (813) 890-2465
                                        Facsimile No.: (866) 466-3140
                                        kgrace@sessions-law.biz
                                        Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of August 2010, a true and correct copy of the foregoing was sent via CM/ECF electronic filing to the following:

Andrew I. Glenn
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020

s/ Kenneth C. Grace, Esq.
Attorney

\\sfnfs02\prolawdocs\8928\8928-26323\Granino, Thomas\170684.doc