UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-61300-CIV-ALTONAGA/Brown

**THOMAS GRANINO**,

    Plaintiff,
vs.

**AMERICAN CORADIUS
INTERNATIONAL, LLC**,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [ECF No. 6], filed September 20, 2010. Being fully advised, it is

**ORDERED AND ADJUDGED** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. If the parties wish the Court to retain jurisdiction to enforce their agreement, they are to submit the written agreement to the Court within thirty (30) days of the date of this Order. The Clerk shall **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of September, 2010.

                                                      **CECILIA M. ALTONAGA**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record